United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Throop Law, P.C. | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-1675983 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 530 East Main Street | 513 Forest Ave., Suite 205 |
| Number   Street | Number   Street |
| Suite 1020 | Attn: Christian K. Vogel, Receiver |
|  | P.O. Box |
| Richmond   VA   23219 | Richmond   VA   23229 |
| City   State   ZIP Code | City   State   ZIP Code |
| Richmond city | **Location of principal assets, if different from principal place of business** |
| County | Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)    www.throoplaw.com

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

Debtor    __Throop Law, P.C._____    Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>   8111_____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                                 MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                                 MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                                MM / DD / YYYY<br>        Case number, if known _____ |

| Debtor | Throop Law, P.C. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number      Street

_____

_____
City                                     State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | Throop Law, P.C. | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2020
         MM  / DD / YYYY

✘ /s/ Christian K. Vogel                    Christian K. Vogel
Signature of authorized representative of debtor    Printed name

Title  Receiver

**18. Signature of attorney**

✘ /s/ George I. Vogel, II                    Date  07/28/2020
Signature of attorney for debtor                     MM  / DD / YYYY

George I. Vogel, II
Printed name
Vogel & Cromwell, LLC
Firm name
204 McClanahan St.
Number    Street
Roanoke                                      VA            24014
City                                         State         ZIP Code

5409821220                                   gvogel@vogelandcromwell.com
Contact phone                                Email address

01293                                        VA
Bar number                                   State

American Express
P.O. Box 981535
El Paso, TX 79998

Banana Republic Card
Synchrony Bank
P.O. Box 960013
Orlando, FL 32896

BotKeeper
179 South St.
Boston, MA 02111

Cigna
Cigna Corporate Headquarters
900 Cottage Grove Rd.
Bloomfield, CT 06002

Citi Card
Citibank Customer Service
P.O. box 6500
Sioux Falls, SD 57117

City Parking, Inc.
801 East Main Street
Suite 1002
Richmond, VA 23219

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103

Dentatrust
100 Crown Poine Plaza
Cincinnati, OH 45241

Discovery Financial Services
P.O. Box 30943
Salt Lake City, UT 84130

Fresh Start Funding LLC
1805 N. Scottsdale Rd.
Suite 100
Tempe, AZ 85281

GEICO
Attn Region 7 Return Policy Work
P.O. Box 9520
Fredericksburg, VA 22403

Getty Ngezela
1414 West Marshall Street
Apt. 401
Richmond, VA 23220

Greene Company, LLC
2025 East Main Street
Richmond, VA 23219

Harris, Hardy & Johnstone P.C.
300 Arboretum Pl
Suite 660
Richmond, VA 23236

Lending Club
595 Market Street
Suite 200
San Francisco, CA 94105

LoanMe, Inc.
1900 S. State College Boulevard
Suite 300
Anaheim, CA 92806

Macy's Card
P.O. Box 78008
Phoenix, AZ 85062

Mauck & Co.
621 Moorefield Park Dr.
Suite E
Richmond, VA 23236

Microsoft
One Microsoft Way
Redmond, WA 98052

National Access
4609 S 2300 E
Suite 102
Salt Lake City, UT 84117

Nextiva
8800 E. Chaparral Rd.
Suite 300
Scottsdale, AZ 85250

Payoff
1700 Flight Way
Tustin, CA 92782

Scorpion
28850 Entertainment Drive
Valencia, CA 91355

Stephen L. Flores
530 E. Main Street
Suite 1020
Richmond, VA 23219

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

The Hanover Insurance Company
P.O. Box 580045
Charlotte, NC 28258

Travis Voltz
13006 Wilkes Ridge Place
Richmond, VA 23233

Troy Mitchell
3950 Battery Blvd.
Apt. 212
Williamsburg, VA 23185

Volkswagen Credit
P.O. Box 3
Hillsboro, OR 97123

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228

Wells Fargo Leasing
800 Walnut St.
Des Moines, IA 50309

United States Bankruptcy Court

Eastern District of Virginia

In re:  Throop Law, P.C.

Case No.

Chapter  7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  07/28/2020

/s/ Christian K. Vogel

Signature of Individual signing on behalf of debtor

Receiver

Position or relationship to debtor

# United States Bankruptcy Court

Eastern District of Virginia

**In re** Throop Law, P.C.

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
   
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 0.00
   
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____
   
   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____
   
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor           [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor           [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]
All standard chapter 7 tasks except those set forth below.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the Debtor in any adversary proceeding or 2004 examinations.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/28/2020　　　　　　　　　　　　　　　　/s/ George I. Vogel, II, 01293

*Date*　　　　　　　　　　　　　　　　　*Signature of Attorney*

Vogel & Cromwell, LLC

*Name of law firm*

204 McClanahan St.
Roanoke, VA 24014
5409821220
gvogel@vogelandcromwell.com